STARK COUNTY BAR ASSOCIATION *v.* STOCKER.

[Cite as Stark Cty. Bar Assn. *v.* Stocker (1989), 47 Ohio St. 3d 46.]

(No. 89-1559 — Submitted November 8, 1989 — Decided December 13, 1989.)

*Earl Sheehan* and *Frank DePasquale,* for relator.

*Lemuel Green,* for respondent.

*Per Curiam.* We concur with the board's findings and recommendation. Respondent is hereby publicly reprimandéd. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.